IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


UNITED STATES OF AMERICA                                        PLAINTIFF


VS.                                    6:98-CR-60006


MICHELLE RATLIFF                                               DEFENDANT

## <u>ORDER</u>

Comes before the Court the Defendant, Michelle Ratliff, to plead to the government's

petition regarding a violation of her supervised release. Defendant was represented by counsel,

Daniel D. Becker, and plead guilty to the violation.  The Court accepted her plea and sentenced

her to time served and dismissed her from further supervised release.

IT IS SO ORDERED, this 30th day of June, 2006.


        /s/Harry F. Barnes        
Hon. Harry F. Barnes
United States District Judge